UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re
Eric D. Hoover & Pandora MacLean-Hoover,
Debtors. | Chapter 13
Case No. 15-10691-JNF |

**NOTICE OF APPEARANCE OF SUCCESSOR COUNSEL FOR DEBTORS
AND REQUEST FOR NOTICE**

To the Clerk of Court and all parties of record:

I am a member in good standing of the bar of the United States District Court for the District of Massachusetts, and I hereby enter my appearance as successor counsel for debtors Eric D. Hoover and Pandora MacLean-Hoover. "Nothing in the Bankruptcy Code . . . precludes a Chapter 13 debtor from retaining successor counsel, special counsel, or even co-counsel, with the fees of such counsel, which are paid out of property of the estate, being subject to review and approval by the court." *In re Butts*, 2010 WL 3369138 at 1 (Bankr. D. Mass. 2010). Accordingly, an Application for Compensation was filed simultaneously herewith.

Pursuant to MLBR 9010-3(c), I further request to receive copies of all notices and pleadings in this matter.

Respectfully submitted,

*/s/ Christopher M. Brine*
Christopher M. Brine (BBO 679289)
Brine Consumer Law
100 Grove Street, Suite 210
Worcester, MA 01605
P – (508) 556-1899
F – (508) 556-9951
cmb@brineconsumerlaw.com

## Certificate of Service

I hereby certify that on this day copies of the foregoing notice were electronically served upon all registered CM/ECF participants in accordance with MLBR, Appendix 8, Rule 9, and upon all other interested parties who have appeared and requested such notice.

*/s/ Christopher M. Brine*
Christopher M. Brine (BBO 679289)