UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re
Eric D. Hoover & Pandora MacLean-Hoover,
Debtors.

Chapter 13
Case No. 15-10691-JNF

**APPLICATION FOR COMPENSATION OF DEBTORS' SUCCESSOR COUNSEL**

Christopher M. Brine, attorney and owner of Brine Consumer Law, respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Bankr. P. 2016 and 11 U.S.C. § 330, approving the requested compensation outlined herein. In support, Attorney Brine states the following:

1.  Eric D. Hoover and Pandora MacLean-Hoover filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code in March 2015. Their plan has been confirmed, and it now appears that some post-confirmation work is appropriate, including a motion to amend schedules to disclose newly discovered assets, as well as a motion to incur new debt. Debtors have retained undersigned counsel for this purpose, as well as to takeover representation in this case generally.

2.  Attorney Brine is well-experienced in this area. His office, Brine Consumer Law, is the only law firm in Worcester that focuses exclusively on consumer debt issues: including bankruptcy, debt defense, and collection violation actions. He is a current and active member of the National Association of Consumer Advocates, and previously interned for The Honorable Henry J. Boroff in the Springfield Division of the Massachusetts Bankruptcy Court. A complete biography is attached hereto (**Exhibit A**).

3.  Attorney Brine has agreed to represent the Hoovers in this case for a flat fee of $1,000. (**Exhibit B**). As this case has already been confirmed, he expects that this fee reasonably

corresponds with the anticipated time and costs in this case. Attorney Brine has received payment of $1,000 from the Hoovers, pending further order of this Court.

WHEREFORE, Attorney Brine respectfully requests that compensation of $1,000 be allowed.

> Respectfully submitted,
>
> */s/ Christopher M. Brine*
> Christopher M. Brine (BBO 679289)
> Brine Consumer Law
> 100 Grove Street, Suite 210
> Worcester, MA 01605
> P – (508) 556-1899
> F – (508) 556-9951
> cmb@brineconsumerlaw.com

## Certificate of Service

I hereby certify that on this day copies of the foregoing application were electronically served upon all registered CM/ECF participants in accordance with MLBR, Appendix 8, Rule 9, and upon all other interested parties who have appeared and requested such notice.

> */s/ Christopher M. Brine*
> Christopher M. Brine (BBO 679289)

**EXHIBIT A**

**Christopher M. Brine, B.A., B.A., J.D.**

Christopher M. Brine is an attorney and owner of Brine Consumer Law, located in Worcester, Massachusetts. Brine Consumer Law focuses exclusively on all three major aspects of consumer debt law: bankruptcy, debt defense, and debt collection violations.

Attorney Brine has successfully represented consumers at trial, as well as in multiple published opinions. He is experienced at all levels of state and federal trial courts - including superior court, district court, small claims court, federal district court, and bankruptcy court. He has represented numerous debtors in bankruptcy, and has successfully prosecuted actions for violation of the automatic stay and/or discharge injunction. He has obtained orders in state courts enjoining foreclosure sales, and has brought several other actions in various venues for violation of state and federal consumer protection laws, including but not limited to, G.L. c. 93A, the Fair Debt Collection Practices Act, violation of state foreclosure laws, improper loan modification procedures, and predatory lending laws.

Prior to opening his own practice, Attorney Brine gained significant experience in the field of consumer protection law. In law school, he interned with The Honorable Henry J. Boroff, in the Bankruptcy Court for the District of Massachusetts. After law school, he worked an associate attorney for a north shore bankruptcy/real estate firm as well as a consumer litigation firm now based out of downtown Boston.

Attorney Brine graduated from Quinnipiac University School of Law, magna cum laude, in 2010, and is currently licensed to practice law in the Commonwealth of Massachusetts, U.S. District Court for the District of Massachusetts, and the U.S. Bankruptcy Court for the District of Massachusetts. (He was also licensed to practice in the State of Connecticut, but that license is currently inactive). He received his undergraduate education from Central Connecticut State University, from which he graduated in 2007 with a double major.

Attorney Brine has also been an active member of the National Association of Consumer Bankruptcy Attorneys, National Association of Consumer Advocates, Massachusetts Bar Association, and Worcester Bar Association. He also represents pro bono clients through the Community Legal Aid Volunteer Lawyers Service, is a member of the Bankruptcy Court Pro Bono Adversarial Proceeding Panel, and has been named to the bankruptcy court pro bono honor roll for 2014 and 2015. He is a past volunteer for the M. Ellen Carpenter Financial Literacy Program, the Massachusetts Bar Association's Dial-A-Lawyer program, and the Volunteer Lawyer's Project of Boston.



## Retainer Agreement

We, Eric Hoover and Pandora MacLean Hoover, hereby agree to retain Brine Consumer Law in connection with a Chapter 13 bankruptcy proceeding, upon the following terms.

**Scope of Representation**

Brine Consumer Law shall represent us with regard to a Chapter 13 bankruptcy proceeding. Such representation shall include strategic planning, preparation of my bankruptcy petition and plan and amendments or other necessary documents, appearing at the § 341 trustee meeting, and representation with regard to any related contested matters.

**Costs**

The total initial retainer due is $1,000. This is an initial retainer amount, and it is agreed that Brine Consumer Law shall be paid at its usual and customary rate of $250 per hour, for services actually performed. In the event that the value of services exceeds the total initial retainer paid, then Brine Consumer Law shall request approval from the Bankruptcy Court, if necessary, to be paid additional funds. To the extent possible, Brine Consumer Law shall seek to collect such additional payments from my trustee plan payments, but it is not required to do so in all circumstances.

In some cases, circumstances may occur in which additional representation beyond the scope of this agreement is needed.

If a creditor violates a bankruptcy or consumer protection law, entitling us to damages, then Brine Consumer Law shall represent us for such claim(s), at its discretion, on a contingent fee basis. In such circumstances, we shall not be liable to pay compensation, court costs, or litigation expenses, other than from amounts collected by settlement, judgment, or otherwise. Court costs and litigation expenses shall be first deducted from any such amount. Brine Consumer Law shall then be entitled to compensation in the amount of fees incurred at the usual and customary rate of $250 per hour, or one-third of the remaining amount, whichever is greater.

If an adversarial proceeding is filed against us relating to discharge or the dischargability of any debt, then Brine Consumer Law shall represent us at the usual and customary rate of $250 per hour. An initial retainer of $2,000 shall be required to commence such representation. If any other adversarial proceeding is filed against us, or if we wish to be the plaintiff in any other adversarial proceeding not referenced herein, then Brine Consumer Law has no obligation to represent us in such action unless agreed to in a separate retainer agreement.

**Termination of Representation**

This attorney/client relationship shall automatically terminate upon the court's closure of the bankruptcy case.

**Accuracy of Information**

We understand that we will be signing a bankruptcy petition, schedules, and other documents under the penalty of perjury, and that we are responsible for the accuracy of information contained therein. We agree to hold Brine Consumer Law harmless for the omission or

Initials: _____  _____

inaccurate representation of any such information contained therein. We agree to immediately provide Brine Consumer Law with any requested information, and understand that once the case is filed, court permission will be required to transfer any assets or obtain any credit during the course of the case.

**Attorney Withdrawal**

Brine Consumer Law may, upon giving reasonable notice, and subject to applicable court and professional rules, seek to terminate its involvement in our case. Such withdrawal may be sought if, among other things, the facts of the case are found to be materially different than we have stated, or if we otherwise fail to cooperate.

**Document Retention**

Upon termination of representation, all papers relating to your case will be returned to you upon your written request. If no request for a return of documents is received within a reasonable time, then Brine Consumer Law reserves the right to destroy or otherwise dispose of your documents. While Brine Consumer Law has no obligation to do so, any such documents may be retained in electronic format.

**Internet/Cloud Services**

Brine Consumer Law strives to be as paperless as possible. To that end, it uses internet and cloud based services for storing and sharing information. While it has taken reasonable steps to ensure that such information is protected, no one can provide an absolute guarantee that such information will be protected from third parties. While this would also be the case if such information were located in a physical office, we specifically consent to the use of these services.

**No Guarantee**

We understand and agree that no results in this case have been guaranteed to us, and this agreement is not based upon any such perceived promises or anticipated results.

**Electronic Copies**

A facsimile, copy, or electronically signed version of this Retainer Agreement shall be effective as an original.

**Only Agreement**

We understand and agree that we have no other oral or written agreements about this representation.

Initials: _____  _____

**Client Signatures:**

*Eric Hoover*
_____       Date: 09/04/2018
Eric Hoover

*Pandora MacLean Hoover*
_____       Date: 09/04/2018
Pandora MacLean Hoover

**Attorney Signature:**

*Christopher Brine*
_____       Date: 09/04/2018
Christopher M. Brine

Initials: _____   _____